EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Héctor A. Lugo Quiñones | 2021 TSPR 52<br><br>206 DPR _____ |

Número del Caso:  TS-7137


Fecha:  20 de abril de 2021


Abogado de la parte peticionaria:

    Lcdo. Marco Rosado Conde




Materia:  Reinstalación al ejercicio de la abogacía y la notaría.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como  un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Héctor A. Lugo Quiñones                TS-7,137

RESOLUCIÓN

En San Juan, Puerto Rico, a 20 de abril de 2021.

Luego de examinar la *Moción de reinstalación* presentada por el Sr. Héctor A. Lugo Quiñones el 14 de abril de 2021, se autoriza su reinstalación al ejercicio de la abogacía y la notaría condicionado a que acredite a este Tribunal la prestación de una fianza notarial vigente.

Se apercibe al Lcdo. Héctor A. Lugo Quiñones que en lo sucesivo deberá dar fiel cumplimiento a los deberes impuestos por el Código de Ética Profesional, 4 LPRA Ap. IX, así como atender diligentemente los señalamientos y requerimientos de este Tribunal, y del Programa de Educación Jurídica Continua.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo